

# THE THIRTEENTH COURT OF APPEALS

13-18-00262-CV

Maria G. Rodriguez a/k/a Maria G. Casarez and Ismael Casarez Sr.
v.
Deutsche Bank National Trust Company, as Trustee, in trust for Registered Holders of
Long Beach Mortgage Loan Trust 2004-2, Asset Backed Certificates, Series 2004-2

On Appeal from the
County Court at Law No. 3 of Cameron County, Texas
Trial Court Cause No. 2017-CCL-01102

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellants, Maria G. Rodriguez a/k/a Maria G. Casarez and Ismael Casarez Sr. and Marte C. Guillen, as surety on the supersedeas bond.

We further order this decision certified below for observance.

April 2, 2020